Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
Cody R. Cooper (SBN 304730)
cody@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
15760 Ventura Blvd., Suite 650
Encino, CA 91436
Telephone: (888) 635-2250
Facsimile: (213) 402-2170
Attorneys for Plaintiff,
**SHAWN BEDWELL**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BEDWELL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SUNOIL RETAIL GROUP INC., a California corporation; and DOES 1-10, <br><br> Defendants. | CASE NO.: 5:21-cv-01033-JGB-SPx <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> *The Hon. Jesus G. Bernal* <br><br> Action Filed: June 21, 2021 |

  Plaintiff, Shawn Bedwell, an individual, and Defendant, Sunoil Retail Group Inc., a California corporation (collectively, the "Parties") hereby jointly notify the Court that a confidential settlement has been reached in the above-captioned case (the "Action"), and the Parties would like to avoid any additional expense, and further the interests of judicial economy.

  The Parties, therefore, apply to this Honorable Court to vacate all currently set dates in the Action with the expectation that a Joint Stipulation for Dismissal with

prejudice of the Action in its entirety will be filed within sixty (60) days of the date hereof. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately sixty (60) days from the date hereof, at which the Parties, by and through their attorneys of record, shall show cause why this case has not been dismissed, if the Action is not already dismissed by the date of the hearing.

DATED: May 1, 2023        THE LAW OFFICE OF HAKIMI & SHAHRIARI

By: */s/Lauren Davis*
Lauren Davis, Esq.
Attorney for Plaintiff, Shawn Bedwell

DATED: May 1, 2023        BLEAU FOX, A P.L.C.

By: */s/Svetlana Lukyanov*
Svetlana Lukyanov, Esq.
Attorney for Defendant,
Sunoil Retail Group Inc.

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

LAUREN DAVIS

*/s/Lauren Davis*
By: Lauren Davis, Esq.
Attorney for Plaintiff, Shawn Bedwell